**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Caroline Flannery<br>Patrick Flannery<br><u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 20-14177 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Philadelphia Federal Credit Union and index same on the master mailing list.

                             Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
08 Nov 2020, 15:57:34, EST

            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 627-1322