UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

November 24, 2020

To:
**Paul H. Young, Esq.**
3554 Hulmeville Road
Ste 102
Bensalem, PA  19020

                       In re:  Patrick and Caroline Flannery
                       Bankruptcy No. **20-14177 elf**
                       Adversary No.
                       Chapter 13

    Re **:  Amended Schedules E/F - $31.00**

The above document(s) were filed in this office on November 24, 2020**.**  Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

        ( )     Voluntary Petition
        ( )     Adversary Proceeding
        (XX)  $31.00 Filing Fee for Amendments
        ( )     $25.00 Claims Transfer Fee
        ( )     Motion Filing Fee

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

                              Timothy B. McGrath
                              Clerk


                              By: **s/Keith R. Borzillo**
                                 Deputy Clerk

*Fee Notice*
*(11/26/18)*