# Insperity

## Did You Know That Insperity Premier(TM) is the Place to Go for your...

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee:** FLANNERY, CAROLINE CHRISTINE
**Company:** HEALTHY EYES ADVANTAGE, INC. (4339600)
4855 TECHNOLOGY WAY STE 550
BOCA RATON, FL 33431
Phone: (760) 310 0150

Employee ID: 3225277

Pay Date: 11/13/2020
Pay Period: 10/25/2020 To 11/07/2020
Pay Frequency: BiWeekly

Check #: 54330203

Pay Type: Salary
Department: 0
Location: 0

Gross Earnings: 2,555.51 | Total Taxes: 452.25 | Total Deductions: 396.27 | Net Pay: 1,706.99

## Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| **Current Pay Period** | | | | | | |
| Salary - Exempt | 10/25/2020 | 11/07/2020 | | 2,307.69 | 2,307.69 | 55384.62 |
| Commission $ - Reg | 10/25/2020 | 11/07/2020 | | | 247.82 | 247.82 |
| Tracking PTO - Reg | 10/25/2020 | 11/07/2020 | 8.00 | | | 0.00 |
| **Previous Insperity wages paid / Other wages paid** | | | | | | |
| Salary - Exempt/Prorated | | | | | | 2596.40 |
| Commission $ - Sup | | | | | | 6000.00 |
| **Gross** | | | | | **2555.51** | **64228.84** |

## Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| Employee Med | 41.53 | 952.70 |
| Dependent Med | 87.25 | 2,001.49 |
| HIGG DepCare | 96.15 | 2,211.45 |
| Employee D/V | 3.81 | 87.63 |
| Dependent D/V | 7.68 | 176.64 |
| 401K-RTC | 127.78 | 3,211.38 |
| **Total** | **364.20** | **8,641.29** |
| **After Tax** | | |
| Cigna Life Insu | 13.08 | 300.84 |
| Cigna Disabilit | 18.99 | 479.52 |
| 401KLoans-RTC | 0.00 | 510.28 |
| **Total** | **32.07** | **1,290.64** |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 173.00 | 5,171.42 |
| PA SIT | 74.15 | 1,873.01 |
| PA SUI | 1.53 | 38.47 |
| Abington Township PA City Tax | 12.08 | 305.08 |
| Abington Township PA Head Tax | 2.00 | 46.00 |
| 46030 PA School District | 12.08 | 305.08 |
| SocSec | 143.78 | 3,645.56 |
| Medicare | 33.63 | 852.55 |
| **Total** | **452.25** | **12,237.17** |

### Federal Tax Withholding Elections
Marital Status: Married
Allowances: 1
Additional Withholding: $ 0.00

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 55,587.55 |
| Social Security | 58,798.93 |
| Medicare | 58,798.93 |

## Direct Deposit Information

| Routing # | Account # | Amount |
|---|---|---|
| ########0440 | ########2051 | 1,706.99 |

## Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance | |
|---|---|---|---|---|
| Sick | 88.000 | 88.000 | 0.000 | Hours |

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

**Insperity**

## Did You Know That Insperity Premier(TM) is the Place to Go for your...

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

---

**Employee:** FLANNERY, CAROLINE CHRISTINE
**Company:** HEALTHY EYES ADVANTAGE, INC. (4339600)
4855 TECHNOLOGY WAY STE 550
BOCA RATON, FL 33431
Phone: (760) 310 0150

Employee ID: 3225277
Pay Date: 10/30/2020
Pay Period: 10/11/2020 To 10/24/2020
Pay Frequency: BiWeekly

Check #: 54070221
Pay Type: Salary
Department: 0
Location: 0

Gross Earnings: 2,307.69    Total Taxes: 394.80    Total Deductions: 383.87    Net Pay: 1,529.02

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| **Current Pay Period** | | | | | | |
| Salary - Exempt | 10/11/2020 | 10/24/2020 | | 2,307.69 | 2,307.69 | 53076.93 |
| **Previous Insperity wages paid / Other wages paid** | | | | | | |
| Salary - Exempt/Prorated | | | | | | 2596.40 |
| Commission $ - Sup | | | | | | 6000.00 |
| **Gross** | | | | | **2307.69** | **61673.33** |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| Employee Med | 41.53 | 911.17 |
| Dependent Med | 87.25 | 1,914.24 |
| HIGG DepCare | 96.15 | 2,115.30 |
| Employee D/V | 3.81 | 83.82 |
| Dependent D/V | 7.68 | 168.96 |
| 401K-RTC | 115.38 | 3,083.60 |
| **Total** | **351.80** | **8,277.09** |
| **After Tax** | | |
| Cigna Life Insu | 13.08 | 287.76 |
| Cigna Disabilit | 18.99 | 460.53 |
| 401KLoans-RTC | 0.00 | 510.28 |
| **Total** | **32.07** | **1,258.57** |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 144.75 | 4,998.42 |
| PA SIT | 66.54 | 1,798.86 |
| PA SUI | 1.38 | 36.94 |
| Abington Township PA City Tax | 10.84 | 293.00 |
| Abington Township PA Head Tax | 2.00 | 44.00 |
| 46030 PA School District | 10.84 | 293.00 |
| SocSec | 128.42 | 3,501.78 |
| Medicare | 30.03 | 818.92 |
| **Total** | **394.80** | **11,784.92** |

### Federal Tax Withholding Elections

Marital Status: Married
Allowances: 1
Additional Withholding: $ 0.00

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 53,396.24 |
| Social Security | 56,479.84 |
| Medicare | 56,479.84 |

### Direct Deposit Information

| Routing # | Account # | Amount |
|---|---|---|
| ########0440 | ########2051 | 1,529.02 |

### Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance | |
|---|---|---|---|---|
| Sick | 88.000 | 88.000 | 0.000 | Hours |

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

Insperity PEO Services, L.P.    19001 Crescent Springs Drive, Kingwood, TX 77339-3802    866-715-3552

**Insperity**

## *Did You Know That Insperity Premier(TM) is the Place to Go for your...*

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee:** FLANNERY, CAROLINE CHRISTINE
Company: HEALTHY EYES ADVANTAGE, INC. (4339600)
4855 TECHNOLOGY WAY STE 550
BOCA RATON, FL 33431
Phone: (760) 310 0150

Employee ID: 3225277
Pay Date: 10/16/2020
Pay Period: 09/27/2020 To 10/10/2020
Pay Frequency: BiWeekly

Check #: 53856202
Pay Type: Salary
Department: 0
Location: 0

Gross Earnings: 2,307.69    Total Taxes: 394.80    Total Deductions: 511.44    Net Pay: 1,401.45

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| *Current Pay Period* | | | | | | |
| Salary - Exempt | 09/27/2020 | 10/10/2020 | | 2,307.69 | 2,307.69 | 50769.24 |
| Tracking Sick | 09/27/2020 | 10/10/2020 | 32.00 | | | 0.00 |
| *Previous Insperity wages paid / Other wages paid* | | | | | | |
| Salary - Exempt/Prorated | | | | | | 2596.40 |
| Commission $ - Sup | | | | | | 6000.00 |
| **Gross** | | | | | **2307.69** | **59365.64** |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| Employee Med | 41.53 | 869.64 |
| Dependent Med | 87.25 | 1,826.99 |
| HIGG DepCare | 96.15 | 2,019.15 |
| Employee D/V | 3.81 | 80.01 |
| Dependent D/V | 7.68 | 161.28 |
| 401K-RTC | 115.38 | 2,968.22 |
| **Total** | **351.80** | **7,925.29** |
| **After Tax** | | |
| Cigna Life Insu | 13.08 | 274.68 |
| Cigna Disabilit | 18.99 | 441.54 |
| 401KLoans-RTC | 127.57 | 510.28 |
| **Total** | **159.64** | **1,226.50** |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 144.75 | 4,853.67 |
| PA SIT | 66.54 | 1,732.32 |
| PA SUI | 1.38 | 35.56 |
| Abington Township PA City Tax | 10.84 | 282.16 |
| Abington Township PA Head Tax | 2.00 | 42.00 |
| 46030 PA School District | 10.84 | 282.16 |
| SocSec | 128.42 | 3,373.36 |
| Medicare | 30.03 | 788.89 |
| **Total** | **394.80** | **11,390.12** |

### Federal Tax Withholding Elections

Marital Status: Married
Allowances: 1
Additional Withholding: $ 0.00

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 51,440.35 |
| Social Security | 54,408.57 |
| Medicare | 54,408.57 |

### Direct Deposit Information

| Routing # | Account # | Amount |
|---|---|---|
| ########0440 | ########2051 | 1,401.45 |

### Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance | |
|---|---|---|---|---|
| Sick | 88.000 | 88.000 | 0.000 | Hours |

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.



## Did You Know That Insperity Premier(TM) is the Place to Go for your...

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee:** FLANNERY, CAROLINE CHRISTINE
**Company:** HEALTHY EYES ADVANTAGE, INC. (4339600)
4855 TECHNOLOGY WAY STE 550
BOCA RATON, FL 33431
Phone: (760) 310 0150

Employee ID: 3225277
Pay Date: 10/02/2020
Pay Period: 09/13/2020 To 09/26/2020
Pay Frequency: BiWeekly

Check #: 53589874
Pay Type: Salary
Department: 0
Location: 0

Gross Earnings: 2,307.69    Total Taxes: 394.80    Total Deductions: 511.44    Net Pay: 1,401.45

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| **Current Pay Period** | | | | | | |
| Salary - Exempt | 09/13/2020 | 09/26/2020 | | 2,307.69 | 2,307.69 | 48461.55 |
| Tracking Sick | 09/13/2020 | 09/26/2020 | 32.00 | | | 0.00 |
| **Previous Insperity wages paid / Other wages paid** | | | | | | |
| Salary - Exempt/Prorated | | | | | | 2596.40 |
| Commission $ - Sup | | | | | | 6000.00 |
| **Gross** | | | | | **2307.69** | **57057.95** |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| Employee Med | 41.53 | 828.11 |
| Dependent Med | 87.25 | 1,739.74 |
| HIGG DepCare | 96.15 | 1,923.00 |
| Employee D/V | 3.81 | 76.20 |
| Dependent D/V | 7.68 | 153.60 |
| 401K-RTC | 115.38 | 2,852.84 |
| **Total** | **351.80** | **7,573.49** |
| **After Tax** | | |
| Cigna Life Insu | 13.08 | 261.60 |
| Cigna Disabilit | 18.99 | 422.55 |
| 401KLoans-RTC | 127.57 | 382.71 |
| **Total** | **159.64** | **1,066.86** |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 144.75 | 4,708.92 |
| PA SIT | 66.54 | 1,665.78 |
| PA SUI | 1.38 | 34.18 |
| Abington Township PA City Tax | 10.84 | 271.32 |
| Abington Township PA Head Tax | 2.00 | 40.00 |
| 46030 PA School District | 10.84 | 271.32 |
| SocSec | 128.42 | 3,244.94 |
| Medicare | 30.03 | 758.86 |
| **Total** | **394.80** | **10,995.32** |

### Federal Tax Withholding Elections
Marital Status: Married
Allowances: 1
Additional Withholding: $ 0.00

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 49,484.46 |
| Social Security | 52,337.30 |
| Medicare | 52,337.30 |

### Direct Deposit Information

| Routing # | Account # | Amount |
|---|---|---|
| ########0440 | ########2051 | 1,401.45 |

### Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance | |
|---|---|---|---|---|
| Sick | 60.000 | 56.000 | 4.000 | Hours |

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

Insperity PEO Services, L.P.    19001 Crescent Springs Drive, Kingwood, TX 77339-3802    866-715-3552



## Did You Know That Insperity Premier(TM) is the Place to Go for your...

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee:** FLANNERY, CAROLINE CHRISTINE
**Company:** HEALTHY EYES ADVANTAGE, INC. (4339600)
4855 TECHNOLOGY WAY STE 550
BOCA RATON, FL 33431
Phone: (760) 310 0150

**Employee ID:** 3225277

**Pay Date:** 09/18/2020
**Pay Period:** 08/30/2020 To 09/12/2020
**Pay Frequency:** BiWeekly

**Check #:** 53316211

**Pay Type:** Salary
**Department:** 0
**Location:** 0

Gross Earnings: 2,307.69    Total Taxes: 394.80    Total Deductions: 511.44    Net Pay: 1,401.45

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| **Current Pay Period** | | | | | | |
| Salary - Exempt | 08/30/2020 | 09/12/2020 | | 2,307.69 | 2,307.69 | 46153.86 |
| Tracking Holiday | 08/30/2020 | 09/12/2020 | 8.00 | | | 0.00 |
| **Previous Insperity wages paid / Other wages paid** | | | | | | |
| Salary - Exempt/Prorated | | | | | | 2596.40 |
| Commission $ - Sup | | | | | | 6000.00 |
| **Gross** | | | | | 2307.69 | 54750.26 |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| Employee Med | 41.53 | 786.58 |
| Dependent Med | 87.25 | 1,652.49 |
| HIGG DepCare | 96.15 | 1,826.85 |
| Employee D/V | 3.81 | 72.39 |
| Dependent D/V | 7.68 | 145.92 |
| 401K-RTC | 115.38 | 2,737.46 |
| **Total** | **351.80** | **7,221.69** |
| **After Tax** | | |
| Cigna Life Insu | 13.08 | 248.52 |
| Cigna Disabilit | 18.99 | 403.56 |
| 401KLoans-RTC | 127.57 | 255.14 |
| **Total** | **159.64** | **907.22** |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 144.75 | 4,564.17 |
| PA SIT | 66.54 | 1,599.24 |
| PA SUI | 1.38 | 32.80 |
| Abington Township PA City Tax | 10.84 | 260.48 |
| Abington Township PA Head Tax | 2.00 | 38.00 |
| 46030 PA School District | 10.84 | 260.48 |
| SocSec | 128.42 | 3,116.52 |
| Medicare | 30.03 | 728.83 |
| **Total** | **394.80** | **10,600.52** |

### Federal Tax Withholding Elections

Marital Status: Married
Allowances: 1
Additional Withholding: $ 0.00

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 47,528.57 |
| Social Security | 50,266.03 |
| Medicare | 50,266.03 |

### Direct Deposit Information

| Routing # | Account # | Amount |
|---|---|---|
| ########0440 | ########2051 | 1,401.45 |

### Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance |
|---|---|---|---|
| Sick | 60.000 | 24.000 | 36.000 Hours |

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.



## Did You Know That Insperity Premier(TM) is the Place to Go for your...

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee:** FLANNERY, CAROLINE CHRISTINE
Company: HEALTHY EYES ADVANTAGE, INC. (4339600)
4855 TECHNOLOGY WAY STE 550
BOCA RATON, FL 33431
Phone: (760) 310 0150

Employee ID: 3225277

Pay Date: 09/04/2020
Pay Period: 08/16/2020 To 08/29/2020
Pay Frequency: BiWeekly

Check #: 53098241
Pay Type: Salary
Department: 0
Location: 0

Gross Earnings: 2,307.69   Total Taxes: 394.80   Total Deductions: 511.44   Net Pay: 1,401.45

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| **Current Pay Period** | | | | | | |
| Salary - Exempt | 08/16/2020 | 08/29/2020 | | 2,307.69 | 2,307.69 | 43846.17 |
| **Previous Insperity wages paid / Other wages paid** | | | | | | |
| Salary - Exempt/Prorated | | | | | | 2596.40 |
| Commission $ - Sup | | | | | | 6000.00 |
| **Gross** | | | | | 2307.69 | 52442.57 |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| Employee Med | 41.53 | 745.05 |
| Dependent Med | 87.25 | 1,565.24 |
| HIGG DepCare | 96.15 | 1,730.70 |
| Employee D/V | 3.81 | 68.58 |
| Dependent D/V | 7.68 | 138.24 |
| 401K-RTC | 115.38 | 2,622.08 |
| **Total** | **351.80** | **6,869.89** |
| **After Tax** | | |
| Cigna Life Insu | 13.08 | 235.44 |
| Cigna Disabilit | 18.99 | 384.57 |
| 401KLoans-RTC | 127.57 | 127.57 |
| **Total** | **159.64** | **747.58** |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 144.75 | 4,419.42 |
| PA SIT | 66.54 | 1,532.70 |
| PA SUI | 1.38 | 31.42 |
| Abington Township PA City Tax | 10.84 | 249.64 |
| Abington Township PA Head Tax | 2.00 | 36.00 |
| 46030 PA School District | 10.84 | 249.64 |
| SocSec | 128.42 | 2,988.10 |
| Medicare | 30.03 | 698.80 |
| **Total** | **394.80** | **10,205.72** |

### Federal Tax Withholding Elections

Marital Status: Married
Allowances: 1
Additional Withholding: $ 0.00

### Direct Deposit Information

| Routing # | Account # | Amount |
|---|---|---|
| ########0440 | ########2051 | 1,401.45 |

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 45,572.68 |
| Social Security | 48,194.76 |
| Medicare | 48,194.76 |

### Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance | |
|---|---|---|---|---|
| Sick | 60.000 | 24.000 | 36.000 | Hours |

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

---

Insperity PEO Services, L.P.    19001 Crescent Springs Drive, Kingwood, TX 77339-3802    866-715-3552



## Did You Know That Insperity Premier(TM) is the Place to Go for your...

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee:** FLANNERY, CAROLINE CHRISTINE
Company: HEALTHY EYES ADVANTAGE, INC. (4339600)
4855 TECHNOLOGY WAY STE 550
BOCA RATON, FL 33431
Phone: (760) 310 0150

Employee ID: 3225277

Pay Date: 08/21/2020
Pay Period: 08/02/2020 To 08/15/2020
Pay Frequency: BiWeekly

Check #: 52855864

Pay Type: Salary
Department: 0
Location: 0

Gross Earnings: 2,307.69   Total Taxes: 394.80   Total Deductions: 383.87   Net Pay: 1,529.02

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| **Current Pay Period** | | | | | | |
| Salary - Exempt | 08/02/2020 | 08/15/2020 | | 2,307.69 | 2,307.69 | 41538.48 |
| **Previous Insperity wages paid / Other wages paid** | | | | | | |
| Salary - Exempt/Prorated | | | | | | 2596.40 |
| Commission $ - Sup | | | | | | 6000.00 |
| **Gross** | | | | | 2307.69 | 50134.88 |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| Employee Med | 41.53 | 703.52 |
| Dependent Med | 87.25 | 1,477.99 |
| HIGG DepCare | 96.15 | 1,634.55 |
| Employee D/V | 3.81 | 64.77 |
| Dependent D/V | 7.68 | 130.56 |
| 401K-RTC | 115.38 | 2,506.70 |
| **Total** | 351.80 | 6,518.09 |
| **After Tax** | | |
| Cigna Life Insu | 13.08 | 222.36 |
| Cigna Disabilit | 18.99 | 365.58 |
| **Total** | 32.07 | 587.94 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 144.75 | 4,274.67 |
| PA SIT | 66.54 | 1,466.16 |
| PA SUI | 1.38 | 30.04 |
| Abington Township PA City Tax | 10.84 | 238.80 |
| Abington Township PA Head Tax | 2.00 | 34.00 |
| 46030 PA School District | 10.84 | 238.80 |
| SocSec | 128.42 | 2,859.68 |
| Medicare | 30.03 | 668.77 |
| **Total** | 394.80 | 9,810.92 |

### Federal Tax Withholding Elections

Marital Status: Married
Allowances: 1
Additional Withholding: $ 0.00

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 43,616.79 |
| Social Security | 46,123.49 |
| Medicare | 46,123.49 |

### Direct Deposit Information

| Routing # | Account # | Amount |
|---|---|---|
| ########0440 | ########2051 | 1,529.02 |

### Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance | |
|---|---|---|---|---|
| Sick | 60.000 | 24.000 | 36.000 | Hours |

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

Insperity PEO Services, L.P.    19001 Crescent Springs Drive, Kingwood, TX 77339-3802    866-715-3552