```
PHL82   PN            000000-000000
PHL     000B08126  B2
```



## Statement

National Railroad Passenger Corp.
Attn: Payroll
1 Massachusetts Ave NW
Washington DC 20001

Page 001 of 002
Period Beg/End:     09/21/2020 - 10/04/2020
Advice Date:        10/02/2020
Advice Number:      8081260747
Batch Number:       000000001219

PATRICK   W FLANNERY
1618 FAWN LN
HUNTINGDON VALLEY PA 19006

**For inquiries on this statement please call: 866-247-2915**

Rate of Pay       2,928.91

| Earnings | Hours | Current | Y-T-D |
|---|---|---|---|
| Regular Earn | 64.00 | 2,343.13 | 57,081.25 |
| Reimbursement | | 0.00 | 15.00 |
| Paid Time Off | 16.00 | 585.78 | 3,775.06 |
| Retro Calc | | 0.00 | |
| Gross Pay | | 2,928.91 | 60,871.31 |

| Non-cash Earnings | Current | Y-T-D |
|---|---|---|
| Imputed Income | 2.42 | 48.40 |

| Deductions | Current | Y-T-D |
|---|---|---|
| *401(k) Pre Tax | 205.02 | 6,450.09 |
| *Spending Accts | 96.15 | 1,923.00 |
| *Mass Trns/Park | 0.00 | 995.00 |
| 401(k) Loans | 0.00 | 3,936.66 |
| Post Tx Benefit | 13.84 | 276.80 |
| Tot. Deductions | 315.01 | 13,581.55 |

* denotes pre-tax deductions

| Net Pay | 1,841.50 | 31,660.60 |
|---|---|---|

| Quota | Accrued | Used | LumpSum | Balance |
|---|---|---|---|---|
| PTO | 126.00 | 88.00 | | 38.00 |

| Taxes | Current | Y-T-D |
|---|---|---|
| Federal Withholding Tax | 225.66 | 4,385.15 |
| Federal Railroad Rtmt Tier1 | 175.79 | 3,595.18 |
| Federal Railroad Rtmt Tier2 | 138.93 | 2,841.35 |
| Federal Railroad Medicare | 41.11 | 840.81 |
| Pennsylvania Withholding Tax | 89.92 | 1,868.33 |
| Philadelphia Withholding Tax | 100.99 | 2,098.34 |
| Total Taxes | 772.40 | 15,629.16 |

| Wages-Current | Wages-YTD |
|---|---|
| 2,630.16 | 51,536.62 |
| 2,835.18 | 57,986.71 |
| 2,835.18 | 57,986.71 |
| 2,835.18 | 57,986.71 |
| 2,928.91 | 60,856.31 |
| 2,928.91 | 60,856.31 |

© 2002 AutomaticData Processing (PCSUVO)



National Railroad Passenger Corp.
1 Massachusetts Ave NW
Washington DC 20001

Advice Number:    8081260747
Advice Date:      10/02/2020

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| PATRICK W FLANNERY | XXXXXX9001 | 231372691 | 5.00 |
| | XXXXXX2051 | 222370440 | 1836.50 |

```
PHL82   PN              000000-000000
PHL     000808126   B2
```

**AMTRAK**

National Railroad Passenger Corp.
Attn: Payroll
1 Massachusetts Ave NW
Washington DC 20001

**Statement**

Page 002 of 002
Period Beg/End:     09/21/2020 - 10/04/2020
Advice Date:        10/02/2020
Advice Number:      8081260747
Batch Number:       000000001219

**PATRICK W FLANNERY
1618 FAWN LN
HUNTINGDON VALLEY PA 19006**

For inquiries on this statement please call: 866-247-2915

Rate of Pay    2,928.91

The following is the breakdown of the Retro Calc category
in the Earnings section on Page 1

| Description   | Period                | Hours  | Amt.    |
|---------------|-----------------------|--------|---------|
| Regular Earn  | 09/07/2020-09/20/2020 | -8.00  | -292.89 |
| Paid Time Off | 09/07/2020-09/20/2020 | 8.00   | 292.89  |
| Total         |                       |        | 0.00    |



© 2002 AutomaticData Processing (PCSUVO)

THIS IS NOT A CHECK



PHL82  PN             000000-000000
PHL    000B08126  B2

National Railroad Passenger Corp.
Attn: Payroll
1 Massachusetts Ave NW
Washington DC 20001

## Statement

Page 001 of 001
Period Beg/End:  08/24/2020 - 09/06/2020
Advice Date:     09/04/2020
Advice Number:   8081260744
Batch Number:    000000001201

PATRICK W FLANNERY
1618 FAWN LN
HUNTINGDON VALLEY PA 19006

For inquiries on this statement please call: 866-247-2915

Rate of Pay    2,928.91

| Earnings | Hours | Current | Y-T-D |
|---|---|---|---|
| Regular Earn | 80.00 | 2,928.91 | 52,102.10 |
| Reimbursement | | 0.00 | 15.00 |
| Paid Time Off | | 0.00 | 2,896.39 |
| Retro Calc | | 0.00 | |
| Gross Pay | | 2,928.91 | 55,013.49 |

| Non-cash Earnings | | Current | Y-T-D |
|---|---|---|---|
| Imputed Income | | 2.42 | 43.56 |

| Deductions | Current | Y-T-D |
|---|---|---|
| *401(k) Pre Tax | 556.49 | 5,688.58 |
| *Spending Accts | 96.15 | 1,730.70 |
| *Mass Trns/Park | 0.00 | 995.00 |
| 401(k) Loans | 0.00 | 3,936.66 |
| Post Tx Benefit | 13.84 | 249.12 |
| Tot. Deductions | 666.48 | 12,600.06 |

* denotes pre-tax deductions

| Net Pay | 1,532.23 | 28,286.87 |
|---|---|---|

| Quota | Accrued | Used | LumpSum | Balance |
|---|---|---|---|---|
| PTO | 112.00 | 64.00 | | 48.00 |

| Taxes | Current | Y-T-D |
|---|---|---|
| Federal Withholding Tax | 183.48 | 3,976.01 |
| Federal Railroad Rtmt Tier1 | 175.78 | 3,243.61 |
| Federal Railroad Rtmt Tier2 | 138.92 | 2,563.50 |
| Federal Railroad Medicare | 41.11 | 758.59 |
| Pennsylvania Withholding Tax | 89.92 | 1,688.49 |
| Philadelphia Withholding Tax | 100.99 | 1,896.36 |
| Total Taxes | 730.20 | 14,126.56 |

| Wages-Current | Wages-YTD |
|---|---|
| 2,278.69 | 46,627.77 |
| 2,835.18 | 52,316.35 |
| 2,835.18 | 52,316.35 |
| 2,835.18 | 52,316.35 |
| 2,928.91 | 54,998.49 |
| 2,928.91 | 54,998.49 |

© 2002 AutomaticData Processing (PCSUYG)



National Railroad Passenger Corp.
1 Massachusetts Ave NW
Washington DC 20001

Advice Number:  8081260744
Advice Date:    09/04/2020

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| PATRICK W FLANNERY | XXXXXX9001 | 231372691 | 5.00 |
| | XXXXXX2051 | 222370440 | 1527.23 |



PHL82  PN              000000-000000
PHL    000808126   82

National Railroad Passenger Corp.
Attn: Payroll
1 Massachusetts Ave NW
Washington DC 20001

## Statement

| | |
|---|---|
| Page | 001 of 001 |
| Period Beg/End: | 08/10/2020 – 08/23/2020 |
| Advice Date: | 08/21/2020 |
| Advice Number: | 8081260743 |
| Batch Number: | 000000001192 |

PATRICK W FLANNERY
1618 FAWN LN
HUNTINGDON VALLEY PA 19006

For inquiries on this statement please call: 866-247-2915

Rate of Pay     2,928.91

| Earnings | Hours | Current | Y-T-D |
|---|---|---|---|
| Regular Earn | 80.00 | 2,928.91 | 49,173.19 |
| Reimbursement | | 0.00 | 15.00 |
| Paid Time Off | | 0.00 | 2,896.39 |
| Retro Calc | | 0.00 | |
| Gross Pay | | 2,928.91 | 52,084.58 |

| Non-cash Earnings | Current | Y-T-D |
|---|---|---|
| Imputed Income | 2.42 | 41.14 |

| Deductions | Current | Y-T-D |
|---|---|---|
| *401(k) Pre Tax | 556.49 | 5,132.09 |
| *Spending Accts | 96.15 | 1,634.55 |
| *Mass Trns/Park | 0.00 | 995.00 |
| 401(k) Loans | 0.00 | 3,936.66 |
| Post Tx Benefit | 13.84 | 235.28 |
| Tot. Deductions | 666.48 | 11,933.58 |

* denotes pre-tax deductions

| | Current | Y-T-D |
|---|---|---|
| Net Pay | 1,532.22 | 25,754.64 |

| Quota | Accrued | Used | LumpSum | Balance |
|---|---|---|---|---|
| PTO | 112.00 | 64.00 | | 48.00 |

| Taxes | Current | Y-T-D |
|---|---|---|
| Federal Withholding Tax | 183.48 | 3,792.53 |
| Federal Railroad Rtmt Tier1 | 175.78 | 3,067.83 |
| Federal Railroad Rtmt Tier2 | 138.93 | 2,424.58 |
| Federal Railroad Medicare | 41.11 | 717.48 |
| Pennsylvania Withholding Tax | 89.92 | 1,598.57 |
| Philadelphia Withholding Tax | 100.99 | 1,795.37 |
| Total Taxes | 730.21 | 13,396.36 |

| Wages-Current | Wages-YTD |
|---|---|
| 2,278.69 | 44,349.08 |
| 2,835.18 | 49,481.17 |
| 2,835.18 | 49,481.17 |
| 2,835.18 | 49,481.17 |
| 2,928.91 | 52,069.58 |
| 2,928.91 | 52,069.58 |

© 2002 AutomaticData Processing (PCSUV0)



National Railroad Passenger Corp.
1 Massachusetts Ave NW
Washington DC 20001

Advice Number:     8081260743
Advice Date:     08/21/2020

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| PATRICK W FLANNERY | XXXXXX9001 | 231372691 | 5.00 |
| | XXXXXX2051 | 222370440 | 1527.22 |



PHL82  PN          000000-000000
PHL    000B08126  B2

National Railroad Passenger Corp.
Attn: Payroll
1 Massachusetts Ave NW
Washington DC 20001

## Statement

Page 001 of 002
Period Beg/End:   07/27/2020 - 08/09/2020
Advice Date:      08/07/2020
Advice Number:    8081260742
Batch Number:     000000001183

PATRICK W FLANNERY
1618 FAWN LN
HUNTINGDON VALLEY PA 19006

For inquiries on this statement please call: 866-247-2915

Rate of Pay     2,928.91

| Earnings | Hours | Current | Y-T-D |
|---|---|---|---|
| Regular Earn | 80.00 | 2,928.91 | 46,244.28 |
| Reimbursement | | 15.00 | 15.00 |
| Paid Time Off | | 0.00 | 2,896.39 |
| Retro Calc | | 0.00 | |
| Gross Pay | | 2,943.91 | 49,155.67 |

| Non-cash Earnings | Current | Y-T-D |
|---|---|---|
| Imputed Income | 2.42 | 38.72 |

| Deductions | Current | Y-T-D |
|---|---|---|
| *401(k) Pre Tax | 556.49 | 4,575.60 |
| *Spending Accts | 96.15 | 1,538.40 |
| *Mass Trns/Park | 0.00 | 995.00 |
| 401(k) Loans | 0.00 | 3,936.66 |
| Post Tx Benefit | 13.84 | 221.44 |
| Tot. Deductions | 666.48 | 11,267.10 |

* denotes pre-tax deductions

| Net Pay | 1,547.23 | 35,222.42 |

| Quota | Accrued | Used | LumpSum | Balance |
|---|---|---|---|---|
| PTO | 98.00 | 64.00 | | 34.00 |

| Taxes | Current | Y-T-D | Wages-Current | Wages-YTD |
|---|---|---|---|---|
| Federal Withholding Tax | 183.48 | 3,609.05 | 2,278.69 | 42,070.39 |
| Federal Railroad Rtmt Tier1 | 175.78 | 2,892.05 | 2,835.18 | 46,645.99 |
| Federal Railroad Rtmt Tier2 | 138.92 | 2,285.65 | 2,835.18 | 46,645.99 |
| Federal Railroad Medicare | 41.11 | 676.37 | 2,835.18 | 46,645.99 |
| Pennsylvania Withholding Tax | 89.92 | 1,508.65 | 2,928.91 | 49,140.67 |
| Philadelphia Withholding Tax | 100.99 | 1,694.38 | 2,928.91 | 49,140.67 |
| Total Taxes | 730.20 | 12,666.15 | | |

© 2002 AutomaticData Processing (PCDUC)



National Railroad Passenger Corp.
1 Massachusetts Ave NW
Washington DC 20001

Advice Number:   8081260742
Advice Date:     08/07/2020

THIS IS NOT A CHECK

Deposited to the account of
PATRICK W FLANNERY

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| | XXXXXX9001 | 231372691 | 5.00 |
| | XXXXXX2051 | 222370440 | 1542.23 |

Case 20-14177-elf    Doc 23    Filed 12/28/20    Entered 12/28/20 13:29:25    Desc Main
Document    Page 6 of 6



PHL82  PN           000000-000000
PHL    000B08126  B2

National Railroad Passenger Corp.
Attn: Payroll
1 Massachusetts Ave NW
Washington DC 20001

## Statement

| | |
|---|---|
| | Page 002 of 002 |
| Period Beg/End: | 07/27/2020 - 08/09/2020 |
| Advice Date: | 08/07/2020 |
| Advice Number: | 8081260742 |
| Batch Number: | 000000001183 |

PATRICK W FLANNERY
1618 FAWN LN
HUNTINGDON VALLEY PA 19006

For inquiries on this statement please call: 866-247-2915

Rate of Pay      2,928.91

The following is the breakdown of the Retro Calc category in the Earnings section on Page 1

| Description | Period | Hours | Amt. |
|---|---|---|---|
| Regular Earn | 07/13/2020-07/26/2020 | -8.00 | -292.89 |
| Paid Time Off | 07/13/2020-07/26/2020 | 8.00 | 292.89 |
| Total | | | 0.00 |



© 2002 AutomaticData Processing (PCBUVG)

THIS IS NOT A CHECK