**insperity**

## Did You Know That Insperity Premier(TM) is the Place to Go for your...

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

---

**Employee:** FLANNERY, CAROLINE CHRISTINE
**Company:** HEALTHY EYES ADVANTAGE, INC. (4339600)
4855 TECHNOLOGY WAY STE 550
BOCA RATON, FL 33431
Phone: (760) 310 0150

**Employee ID:** 3225277
**Pay Date:** 12/24/2020
**Pay Period:** 12/06/2020 To 12/19/2020
**Pay Frequency:** BiWeekly

**Check #:** 55065870
**Pay Type:** Salary
**Department:** 0
**Location:** 0

**Gross Earnings:** 2,307.69   **Total Taxes:** 394.80   **Total Deductions:** 383.94   **Net Pay:** 1,528.95

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| *Current Pay Period* | | | | | | |
| Salary - Exempt | 12/06/2020 | 12/19/2020 | | 2,307.69 | 2,307.69 | 62307.69 |
| *Previous Insperity wages paid / Other wages paid* | | | | | | |
| Salary - Exempt/Prorated | | | | | | 2596.40 |
| Commission $ - Reg | | | | | | 247.82 |
| Commission $ - Sup | | | | | | 6000.00 |
| **Gross** | | | | | **2307.69** | **71151.91** |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| Employee Med | 41.53 | 1,077.29 |
| Dependent Med | 87.25 | 2,263.24 |
| HIGG DepCare | 96.15 | 2,499.90 |
| Employee D/V | 3.81 | 99.06 |
| Dependent D/V | 7.68 | 199.68 |
| 401K-RTC | 115.38 | 3,557.52 |
| **Total** | **351.80** | **9,696.69** |
| **After Tax** | | |
| Cigna Life Insu | 13.08 | 340.08 |
| Cigna Disabilit | 19.06 | 536.63 |
| 401KLoans-RTC | 0.00 | 510.28 |
| **Total** | **32.14** | **1,386.99** |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 144.75 | 5,605.67 |
| PA SIT | 66.54 | 2,072.63 |
| PA SUI | 1.38 | 42.61 |
| Abington Township PA City Tax | 10.84 | 337.60 |
| Abington Township PA Head Tax | 2.00 | 52.00 |
| 46030 PA School District | 10.84 | 337.60 |
| SocSec | 128.42 | 4,030.82 |
| Medicare | 30.03 | 942.64 |
| **Total** | **394.80** | **13,421.57** |

### Federal Tax Withholding Elections

Marital Status: Married
Allowances: 1
Additional Withholding: $ 0.00

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 61,455.22 |
| Social Security | 65,012.74 |
| Medicare | 65,012.74 |

### Direct Deposit Information

| Routing # | Account # | Amount |
|---|---|---|
| ########0440 | ########2051 | 1,528.95 |

### Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance |
|---|---|---|---|
| Sick | 88.000 | 88.000 | 0.000 Hours |

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

---

Insperity PEO Services, L.P.    19001 Crescent Springs Drive, Kingwood, TX 77339-3802    866-715-3552