

PHL82  PN          000000-000000
PHL    000808126  H2

## Statement

National Railroad Passenger Corp.
Attn: Payroll
1 Massachusetts Ave NW
Washington DC 20001

Page 001 of 001
Period Beg/End:   12/14/2020 - 12/27/2020
Advice Date:      12/24/2020
Advice Number:    8081260763
Batch Number:     000000001273

PATRICK W FLANNERY
1618 FAWN LN
HUNTINGDON VALLEY PA 19006

For inquiries on this statement please call: 866-247-2915

Rate of Pay    3,254.35

| Earnings | Hours | Current | Y-T-D |
|---|---|---|---|
| Regular Earn | 80.00 | 3,254.35 | 74,980.17 |
| Reimbursement | | 0.00 | 15.00 |
| Paid Time Off | | 0.00 | 4,751.37 |
| Retro Calc | | | 0.00 |
| Gross Pay | | 3,254.35 | 79,746.54 |

| Non-cash Earnings | Current | Y-T-D |
|---|---|---|
| Imputed Income | 2.42 | 62.92 |

| Deductions | Current | Y-T-D |
|---|---|---|
| *401(k) Pre Tax | 227.80 | 7,771.34 |
| *Spending Accts | 96.15 | 2,500.00 |
| *Mass Trns/Park | 0.00 | 995.00 |
| 401(k) Loans | 0.00 | 3,936.66 |
| Post Tx Benefit | 13.84 | 359.84 |
| Tot. Deductions | 337.79 | 15,562.84 |

* denotes pre-tax deductions

| Net Pay | 2,044.05 | 43,505.57 |
|---|---|---|

| Quota | Accrued | Used | LumpSum | Balance |
|---|---|---|---|---|
| PTO | 168.00 | 112.00 | | 56.00 |

| Taxes | Current | Y-T-D |
|---|---|---|
| Federal Withholding Tax | 261.98 | 5,884.36 |
| Federal Railroad Rtmt Tier1 | 195.96 | 4,730.57 |
| Federal Railroad Rtmt Tier2 | 154.87 | 3,738.67 |
| Federal Railroad Medicare | 45.83 | 1,106.34 |
| Pennsylvania Withholding Tax | 99.91 | 2,447.81 |
| Philadelphia Withholding Tax | 113.96 | 2,770.38 |
| Total Taxes | 872.51 | 20,678.13 |

| Wages-Current | Wages-YTD |
|---|---|
| 2,932.82 | 68,528.12 |
| 3,160.62 | 76,299.46 |
| 3,160.62 | 76,299.46 |
| 3,160.62 | 76,299.46 |
| 3,254.35 | 79,731.54 |
| 3,254.35 | 79,731.54 |

© 2002 AutomaticData Processing (PCPYD)



National Railroad Passenger Corp.
1 Massachusetts Ave NW
Washington DC 20001

Advice Number:   8081260763
Advice Date:     12/24/2020

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| PATRICK W FLANNERY | XXXXXX9001 | 231372691 | 5.00 |
| | XXXXXX2051 | 222370440 | 2039.05 |



PHL82   PN           000000-000000
PHL     000808126    B2

**AMTRAK**

National Railroad Passenger Corp.
Attn: Payroll
1 Massachusetts Ave NW
Washington DC 20001

## Statement

| | |
|---|---|
| Page | 001 of 001 |
| Period Beg/End: | 10/19/2020 - 11/01/2020 |
| Advice Date: | 10/30/2020 |
| Advice Number: | 8081260749 |
| Batch Number: | 000000001237 |

PATRICK W FLANNERY
1618 FAWN LN
HUNTINGDON VALLEY PA 19006

For inquiries on this statement please call: 866-247-2915

Rate of Pay     2,928.91

| Earnings | Hours | Current | Y-T-D |
|---|---|---|---|
| Regular Earn | 80.00 | 2,928.91 | 62,939.07 |
| Reimbursement | | 0.00 | 15.00 |
| Paid Time Off | | 0.00 | 3,775.06 |
| Retro Calc | | 0.00 | |
| Gross Pay | | 2,928.91 | 66,729.13 |

| Deductions | Current | Y-T-D |
|---|---|---|
| *401(k) Pre Tax | 205.02 | 6,860.13 |
| *Spending Accts | 96.17 | 2,115.34 |
| *Mass Trns/Park | 0.00 | 995.00 |
| 401(k) Loans | 0.00 | 3,936.66 |
| Post Tx Benefit | 13.84 | 304.48 |
| Tot. Deductions | 315.03 | 14,211.61 |

| Non-cash Earnings | Current | Y-T-D |
|---|---|---|
| Imputed Income | 2.42 | 53.24 |

* denotes pre-tax deductions

| | Current | Y-T-D |
|---|---|---|
| Net Pay | 1,841.50 | 35,343.60 |

| Quota | Accrued | Used | LumpSum | Balance |
|---|---|---|---|---|
| PTO | 140.00 | 88.00 | | 52.00 |

| Taxes | Current | Y-T-D |
|---|---|---|
| Federal Withholding Tax | 225.66 | 4,836.47 |
| Federal Railroad Rtmt Tier1 | 175.78 | 3,946.74 |
| Federal Railroad Rtmt Tier2 | 138.92 | 3,119.19 |
| Federal Railroad Medicare | 41.11 | 923.03 |
| Pennsylvania Withholding Tax | 89.92 | 2,048.17 |
| Philadelphia Withholding Tax | 100.99 | 2,300.32 |
| Total Taxes | 772.38 | 17,173.92 |

| Wages-Current | Wages-YTD |
|---|---|
| 2,630.14 | 56,796.90 |
| 2,835.16 | 63,657.03 |
| 2,835.16 | 63,657.03 |
| 2,835.16 | 63,657.03 |
| 2,928.91 | 66,714.13 |
| 2,928.91 | 66,714.13 |

© 2002 Automatic Data Processing (PCPUV0)

**AMTRAK**

National Railroad Passenger Corp.
1 Massachusetts Ave NW
Washington DC 20001

Advice Number:  8081260749
Advice Date:    10/30/2020

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| PATRICK W FLANNERY | XXXXXX9001 | 231372691 | 5.00 |
| | XXXXXX2051 | 222370440 | 1836.50 |

**AMTRAK**

PHL82  PN  000000-000000
PHL  000808126  B2

National Railroad Passenger Corp.
Attn: Payroll
1 Massachusetts Ave NW
Washington DC 20001

## Statement

| | |
|---|---|
| Page | 001 of 001 |
| Period Beg/End: | 10/05/2020 - 10/18/2020 |
| Advice Date: | 10/16/2020 |
| Advice Number: | 8081260748 |
| Batch Number: | 000000001228 |

PATRICK W FLANNERY
1618 FAWN LN
HUNTINGDON VALLEY PA 19006

For inquiries on this statement please call: 866-247-2915

Rate of Pay    2,928.91

| Earnings | Hours | Current | Y-T-D |
|---|---|---|---|
| Regular Earn | 80.00 | 2,928.91 | 60,010.16 |
| Reimbursement | | 0.00 | 15.00 |
| Paid Time Off | | 0.00 | 3,775.06 |
| Retro Calc | | 0.00 | |
| Gross Pay | | 2,928.91 | 63,800.22 |

| Non-cash Earnings | Current | Y-T-D |
|---|---|---|
| Imputed Income | 2.42 | 50.82 |

| Deductions | Current | Y-T-D |
|---|---|---|
| *401(k) Pre Tax | 205.02 | 6,655.11 |
| *Spending Accts | 96.17 | 2,019.17 |
| *Mass Trns/Park | 0.00 | 995.00 |
| 401(k) Loans | 0.00 | 3,936.66 |
| Post Tx Benefit | 13.84 | 290.64 |
| Tot Deductions | 315.03 | 13,896.58 |

* denotes pre-tax deductions

| Net Pay | 1,841.50 | 33,502.10 |
|---|---|---|

| Quota | Accrued | Used | LumpSum | Balance |
|---|---|---|---|---|
| PTO | 140.00 | 88.00 | | 52.00 |

| Taxes | Current | Y-T-D |
|---|---|---|
| Federal Withholding Tax | 225.66 | 4,610.81 |
| Federal Railroad Rtmt Tier1 | 175.78 | 3,770.96 |
| Federal Railroad Rtmt Tier2 | 138.92 | 2,980.27 |
| Federal Railroad Medicare | 41.11 | 881.92 |
| Pennsylvania Withholding Tax | 89.92 | 1,958.25 |
| Philadelphia Withholding Tax | 100.99 | 2,199.33 |
| Total Taxes | 772.38 | 16,401.54 |

| Wages-Current | Wages-YTD |
|---|---|
| 2,630.14 | 54,166.76 |
| 2,835.16 | 60,821.87 |
| 2,835.16 | 60,821.87 |
| 2,835.16 | 60,821.87 |
| 2,928.91 | 63,785.22 |
| 2,928.91 | 63,785.22 |

© 2002 Automatic Data Processing (PCSUV0)

---

**AMTRAK**

National Railroad Passenger Corp.
1 Massachusetts Ave NW
Washington DC 20001

| | |
|---|---|
| Advice Number: | 8081260748 |
| Advice Date: | 10/16/2020 |

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| PATRICK W FLANNERY | XXXXXX9001 | 231372691 | 5.00 |
| | XXXXXX2051 | 222370440 | 1836.50 |



PHL8Z  PN         000000-000000
PHL    000808126  B2

National Railroad Passenger Corp.
Attn: Payroll
1 Massachusetts Ave NW
Washington DC 20001

## Statement

| | |
|---|---|
| Page | 001 of 001 |
| Period Beg/End: | 09/07/2020 - 09/20/2020 |
| Advice Date: | 09/18/2020 |
| Advice Number: | 8081260745 |
| Batch Number: | 000000001210 |

PATRICK W FLANNERY
1618 FAWN LN
HUNTINGDON VALLEY PA 19006

For inquiries on this statement please call: 866-247-2915

Rate of Pay    2,928.91

| Earnings | Hours | Current | Y-T-D |
|---|---|---|---|
| Regular Earn | 80.00 | 2,928.91 | 55,031.01 |
| Reimbursement | | 0.00 | 15.00 |
| Paid Time Off | | 0.00 | 2,896.39 |
| Retro Calc | | 0.00 | |
| Gross Pay | | 2,928.91 | 57,942.40 |

| Deductions | Current | Y-T-D |
|---|---|---|
| *401(k) Pre Tax | 556.49 | 6,245.07 |
| *Spending Accts | 96.15 | 1,826.85 |
| *Mass Trns/Park | 0.00 | 995.00 |
| 401(k) Loans | 0.00 | 3,936.66 |
| Post Tx Benefit | 13.84 | 262.96 |
| Tot. Deductions | 666.48 | 13,266.54 |

| Non-cash Earnings | Current | Y-T-D |
|---|---|---|
| Imputed Income | 2.42 | 45.98 |

* denotes pre-tax deductions

| | Current | Y-T-D |
|---|---|---|
| Net Pay | 1,532.23 | 29,819.10 |

| Quota | Accrued | Used | LumpSum | Balance |
|---|---|---|---|---|
| PTO | 126.00 | 64.00 | | 62.00 |

| Taxes | Current | Y-T-D | Wages-Current | Wages-YTD |
|---|---|---|---|---|
| Federal Withholding Tax | 183.48 | 4,159.49 | 2,278.69 | 48,906.46 |
| Federal Railroad Rtmt Tier1 | 175.78 | 3,419.39 | 2,835.18 | 55,151.53 |
| Federal Railroad Rtmt Tier2 | 138.92 | 2,702.42 | 2,835.18 | 55,151.53 |
| Federal Railroad Medicare | 41.11 | 799.70 | 2,835.18 | 55,151.53 |
| Pennsylvania Withholding Tax | 89.92 | 1,778.41 | 2,928.91 | 57,927.40 |
| Philadelphia Withholding Tax | 100.99 | 1,997.35 | 2,928.91 | 57,927.40 |
| Total Taxes | 730.20 | 14,856.76 | | |

© 2002 Automatic Data Processing (PCPVD)



National Railroad Passenger Corp.
1 Massachusetts Ave NW
Washington DC 20001

| | |
|---|---|
| Advice Number: | 8081260745 |
| Advice Date: | 09/18/2020 |

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| PATRICK W FLANNERY | XXXXXX9001 | 231372691 | 5.00 |
| | XXXXXX2051 | 222370440 | 1527.23 |