**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   PATRICK and CAROLINE        :    CHAPTER 13
        FLANNERY
        Debtors                              :    BANKRUPTCY NO. 20-14177

**CERTIFICATION OF NO RESPONSE AND**
**CERTIFICATION OF UNCONTESTED APPLICATION FOR COUNSEL FEES**

I, PAUL H. YOUNG, ESQUIRE, attorney for Debtors listed above, certify the following:

1.   On February 28, 2021, I served a true and correct copy of the attached Notice of Application for Counsel Fees on the Debtors, Trustee and all interested parties.

2.   I have not received a responsive pleading from any party in interest within the time period provided by the Rules of Court.

WHEREFORE, it is respectfully requested that this Honorable Court grant the Application for Counsel Fees and enter the proposed Order attached hereto.

                                            Respectfully submitted,

                                            /s/ Paul H. Young
                                            Paul H. Young, Esquire
                                            Young, Marr & Associates
                                            3554 Hulmeville Road
                                            Suite 102
                                            Bensalem, PA   19020
                                            Phone:   (215) 639-5297
                                            Fax:       (215) 639-1344
                                            support@ymalaw.com