# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Caroline Flannery<br>Patrick Flannery<br>                    Debtor(s) | CHAPTER 13 |
| Philadelphia Federal Credit Union, its successors and/or assigns<br>                    Movant<br>          vs. | NO. 20-14177 ELF |
| Caroline Flannery<br>Patrick Flannery<br>                    Debtor(s) | |
| Kenneth E. West Esq.<br>                    Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of Philadelphia Federal Credit Union, which was filed with the Court on or about **January 15, 2021 (Doc. No. 26)**.

                              Respectfully submitted,


                              /s/ Rebecca A. Solarz, Esq.
                              _____
                              Rebecca A. Solarz, Esquire
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA  19106
                              Phone: (215)-627-1322

Dated: November 30, 2021