United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14177-elf |
| Patrick Flannery | Chapter 13 |
| Caroline Flannery | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 01, 2021 | Form ID: 155 | Total Noticed: 54 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Patrick Flannery, Caroline Flannery, 1618 Fawn Lane, Huntingdon Valley, PA 19006-7918 |
| 14553092 | + | AFS/AmeriFinancial Solutions, LLC., Po Box 65018, Baltimore, MD 21264-5018 |
| 14553091 | + | AFS/AmeriFinancial Solutions, LLC., Attn: Bankruptcy, Po Box 65018, Baltimore, MD 21264-5018 |
| 14553098 | + | CMRE Financial Services, 3075 E Imperial Hwy, Brea, CA 92821-6753 |
| 14553097 | + | CMRE Financial Services, Attn: Bankruptcy, 3075 E. Imperial Hwy, Suite 200, Brea, CA 92821-6753 |
| 14600861 | | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14563530 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14561779 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14553104 | + | P S E C U, P.o. Box 1006, Harrisburg, PA 17108-1006 |
| 14553105 | + | Penn Medicine, UPHS Physicians Patient Pay, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14553106 | + | Philadelphia Fcu, 12800 West Townsend, Philadelphia, PA 19154-1095 |
| 14560191 | + | Philadelphia Federal Credit Union, C/O Rebecca Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14572104 | + | Philadelphia Federal Credit Union, c/o Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14553107 | | Philadelphia Parking Authority, Red Light Camera Program, PO Box 597, Baltimore, MD 21203-0597 |
| 14553110 | + | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 14553111 | + | Quality Asset Recovery, 7 Foster Ave, Gibbsboro, NJ 08026-1191 |
| 14553121 | + | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14553124 | | Unifund CCR LLC, 10265 Techwoods Circle, Cincinnati, OH 45242 |
| 14561499 | + | Unifund CCR, LLC, c/o Tsarouhis Law Group, 21 South 9th Street, Allentown, PA 18102-4861 |
| 14564180 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14553125 | + | Wf/Fmg, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |
| 14553126 | + | Wf/Fmg, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14553093 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 02 2021 00:00:10 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14553094 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 02 2021 00:00:14 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14561919 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 02 2021 00:00:10 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14561524 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 02 2021 00:00:07 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14600861 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 01 2021 23:52:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14577433 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 01 2021 23:52:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14553095 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |

Case 20-14177-elf    Doc 74    Filed 12/03/21    Entered 12/04/21 00:34:54    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 01, 2021 | Form ID: 155 | Total Noticed: 54 |

| | | | |
|---|---|---|---|
| 14553096 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 02 2021 00:00:10 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14563530 | + Email/Text: RASEBN@raslg.com | Dec 02 2021 00:00:06 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| | | Dec 01 2021 23:52:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14553099 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 01 2021 23:52:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14553100 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 01 2021 23:52:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14568214 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2021 00:00:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14553101 | + Email/Text: electronicbkydocs@nelnet.net | Dec 01 2021 23:52:00 | Nelnet Loans, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14553102 | + Email/Text: electronicbkydocs@nelnet.net | Dec 01 2021 23:52:00 | Nelnet Loans, Po Box 82561, Lincoln, NE 68501-2561 |
| 14568754 | + Email/Text: Bankruptcy@nslp.org | Dec 01 2021 23:52:00 | Nelnet on behalf of National Student Loan Program, PO Box 82507, Lincoln, NE 68501-2507 |
| 14553103 | + Email/Text: bankruptcynotices@psecu.com | Dec 01 2021 23:53:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14553109 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 02 2021 00:00:10 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 14553108 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 02 2021 00:00:15 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14569296 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 02 2021 00:00:15 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14571142 | + Email/Text: bankruptcynotices@psecu.com | Dec 01 2021 23:53:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14557937 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 01 2021 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14553112 | + Email/Text: DeftBkr@santander.us | Dec 01 2021 23:52:00 | Santander Bank, Po Box 841002, Boston, MA 02284-1002 |
| 14553114 | + Email/PDF: gecsedi@recoverycorp.com | Dec 02 2021 00:00:06 | Syncb/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 14553113 | + Email/PDF: gecsedi@recoverycorp.com | Dec 02 2021 00:00:06 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14553116 | + Email/PDF: gecsedi@recoverycorp.com | Dec 02 2021 00:00:10 | Synchrony Bank, Po Box 965005, Orlando, FL 32896-5005 |
| 14572351 | + Email/PDF: gecsedi@recoverycorp.com | Dec 02 2021 00:00:15 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14553115 | + Email/PDF: gecsedi@recoverycorp.com | Dec 02 2021 00:00:10 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14553117 | + Email/PDF: gecsedi@recoverycorp.com | Dec 02 2021 00:00:10 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14553118 | + Email/PDF: gecsedi@recoverycorp.com | Dec 02 2021 00:00:06 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14553119 | + Email/PDF: gecsedi@recoverycorp.com | Dec 02 2021 00:00:06 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |

| | | | | |
|---|---|---|---|---|
| 14553120 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2021 00:00:10 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14553123 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 01 2021 23:52:00 | U.S. Bancorp, Cb Disputes, Saint Louis, MO 63166 |
| 14553122 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 01 2021 23:52:00 | U.S. Bancorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7014 |
| 14570976 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 01 2021 23:52:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 03, 2021          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CAMERON DEANE | on behalf of Debtor Patrick Flannery cdeane@ymalaw.com ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| CAMERON DEANE | on behalf of Joint Debtor Caroline Flannery cdeane@ymalaw.com ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| PAUL H. YOUNG | on behalf of Debtor Patrick Flannery support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Caroline Flannery support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Philadelphia Federal Credit Union bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Patrick Flannery and Caroline
Flannery

      Debtor(s)             Chapter: 13

            Bankruptcy No: 20−14177−elf
_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this December 1, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                             Eric L. Frank
                                             Judge ,
                                             United States Bankruptcy Court

                                                             73 − 19
                                                             Form 155