# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-14177-ELF

PATRICK  FLANNERY
CAROLINE  FLANNERY
1618 FAWN LANE

HUNTINGDON VALLEY, PA 19006

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    PATRICK  FLANNERY
    CAROLINE  FLANNERY
    1618 FAWN LANE

    HUNTINGDON VALLEY, PA 19006

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG, ESQ
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020-

Date: 9/28/2022

                                  /S/ Kenneth E. West
                                  _____
                                  Kenneth E. West, Esquire
                                  Chapter 13 Standing Trustee