WWR# 041486702

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Patrick Flannery<br>Caroline Flannery<br>　　　　　　　　Debtors<br><br>PSECU<br>　　　　　　　　Movant<br><br>Patrick Flanner<br>Caroline Flannery<br>Respondents/Debtors<br>Kenneth E. West, Standing Trustee<br>Additional Respondent | CASE NO. 20-14177-pmm<br><br>CHAPTER 13<br><br>Related to Doc No: 94, 95 |

**ORDER**

AND NOW, to-wit, this __6th__ day of __August__ 2024, upon consideration of the foregoing stipulation, said stipulation is hereby approved and SO ORDERED.

*Patricia M. Mayer*
Honorable Patricia M. Mayer
United States Bankruptcy Judge

Milos Gvozdenovic
Weltman, Weinberg & Reis, Co., L.P.A.
965 Keynote Circle
Cleveland, OH 44131
216-739-5647
mgvozdenovic@weltman.com