United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14177-pmm |
| Patrick Flannery | Chapter 13 |
| Caroline Flannery | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 06, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Patrick Flannery, Caroline Flannery, 1618 Fawn Lane, Huntingdon Valley, PA 19006-7918 |
| | + Milos Gvozdenovic, Weltman,Weinberg & Reis, Co L.P.A, 965 Keynote Circle, Cleveland, OH 44131-1829 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2024          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CAMERON DEANE | on behalf of Joint Debtor Caroline Flannery cdeane@weltman.com  tkennedy@ymalaw.com |
| CAMERON DEANE | on behalf of Debtor Patrick Flannery cdeane@weltman.com  tkennedy@ymalaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Philadelphia Federal Credit Union bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MILOS GVOZDENOVIC | on behalf of Creditor PSECU mgvozdenovic@weltman.com  pitecf@weltman.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 06, 2024 | Form ID: pdf900 | Total Noticed: 2 |

PAUL H. YOUNG
    on behalf of Joint Debtor Caroline Flannery support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG
    on behalf of Debtor Patrick Flannery support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

WWR# 041486702

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Patrick Flannery<br>Caroline Flannery<br>　　　　　　　　Debtors<br><br>PSECU<br>　　　　　　　　Movant<br><br>Patrick Flanner<br>Caroline Flannery<br>Respondents/Debtors<br>Kenneth E. West, Standing Trustee<br>Additional Respondent | CASE NO. 20-14177-pmm<br><br>CHAPTER 13<br><br>Related to Doc No: 94, 95 |

**<u>ORDER</u>**

AND NOW, to-wit, this __6th__ day of __August__ 2024, upon consideration of the foregoing stipulation, said stipulation is hereby approved and SO ORDERED.

*Patricia M. Mayer*
Honorable Patricia M. Mayer
United States Bankruptcy Judge

Milos Gvozdenovic
Weltman, Weinberg & Reis, Co., L.P.A.
965 Keynote Circle
Cleveland, OH 44131
216-739-5647
mgvozdenovic@weltman.com