**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | PATRICK FLANNERY | : CHAPTER 13 |
| | CAROLIINE FLANNERY | : |
| | Debtor | : BANKRUPTCY NO. 20-14177 |

### PRAECIPE TO WITHDRAW DEBTOR'S (DOCKET #106), DEBTOR'S OBJECTION TO CLAIM NUMBER 18-3

TO THE CLERK:

Kindly withdraw the Debtor's Objection to Proof of Claim #18-3, docket #106.

/s/Paul H. Young
Paul H. Young, Esquire
Attorney for Debtor
3554 Hulmeville Road, Ste. 102
Bensalem, PA 19020

Date: November 26, 2024