# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re  PATRICK FLANNERY | : | CHAPTER 13 |
| CAROLINE FLANNERY | : | |
| Debtor(s) | : | BANKRUPTCY NO. 20-14177 |

## OBJECTION TO CERTIFICATION OF DEFAULT

Debtor(s), Patrick & Caroline Flannery, by their attorney, Paul H. Young, Esquire, hereby objects to the Certification of Default filed by **Philadelphia Federal Credit Union** on February 28, 2025. Debtors believe they can become current on all post-petition payments due under the April 22, 2021 stipulation with the Lender.

Respectfully submitted,

/s/ Paul H. Young
PAUL H. YOUNG, Esquire
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com

Dated: March 3, 2025