*Form 167* (1/25)–doc 115 – 114

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Patrick Flannery ) | Case No. 20–14177–djb |
| ) | |
| ) | |
|   Caroline Flannery ) | Chapter: 13 |
| ) | |
|   Debtor(s). ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Derek J Baker , United States Bankruptcy Judge to consider:

Objection to Certification of Default

on: 4/3/25

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: March 3, 2025

For The Court

Timothy B. McGrath
Clerk of Court