## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   PATRICK FLANNERY         : CHAPTER 13
          CAROLINE FLANNERY        :
          Debtor(s)                : BANKRUPTCY NO. 20-14177DJB

### ORDER

AND NOW, upon consideration of the Debtors' Motion to Modify the confirmed chapter 13 Plan (docket # 116, the Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. #121) is **approved**.

Date:                                              DEREK J. BAKER
                                                     U.S. BANKRUPTCY JUDGE