United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 20-14177-djb

Patrick Flannery                                                          Chapter 13

Caroline Flannery

     Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 08, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2025:**

**Recip ID                      Recipient Name and Address**
db/jdb                      +  Patrick Flannery, Caroline Flannery, 1618 Fawn Lane, Huntingdon Valley, PA 19006-7918

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2025 at the address(es) listed below:**

**Name                      Email Address**

CAMERON DEANE
                      on behalf of Joint Debtor Caroline Flannery cdeane@weltman.com  tkennedy@ymalaw.com

CAMERON DEANE
                      on behalf of Debtor Patrick Flannery cdeane@weltman.com  tkennedy@ymalaw.com

DENISE ELIZABETH CARLON
                      on behalf of Creditor Philadelphia Federal Credit Union bkgroup@kmllawgroup.com

KENNETH E. WEST
                      ecfemails@ph13trustee.com  philaecf@gmail.com

MILOS GVOZDENOVIC
                      on behalf of Creditor PSECU mgvozdenovic@weltman.com  pitecf@weltman.com

PAUL H. YOUNG
                      on behalf of Joint Debtor Caroline Flannery support@ymalaw.com

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: May 08, 2025                       Form ID: pdf900                            Total Noticed: 1

ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG

on behalf of Debtor Patrick Flannery support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

**U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  **PATRICK FLANNERY**        :  **CHAPTER 13**
        **CAROLINE FLANNERY**        :
        **Debtor(s)**        :  **BANKRUPTCY NO. 20-14177DJB**

### ORDER

      AND NOW, upon consideration of the Debtors' Motion to Modify the confirmed chapter 13 Plan (docket # 116, the Motion");

      It is hereby **ordered** that

    1)  The Motion is **granted**; and

    2)  The Modified Plan (doc. #121) is **approved**.

Date:

**Date: May 8, 2025**

                DEREK J. BAKER
                U.S. BANKRUPTCY JUDGE