United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 20-14177-djb
Patrick Flannery  Chapter 13
Caroline Flannery
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 4
Date Rcvd: Sep 12, 2025    Form ID: 138OBJ    Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Patrick Flannery, Caroline Flannery, 1618 Fawn Lane, Huntingdon Valley, PA 19006-7918 |
| 14553104 | | P S E C U, P.o. Box 1006, Harrisburg, PA 17108 |
| 14560191 | + | Philadelphia Federal Credit Union, C/O Rebecca Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14553107 | | Philadelphia Parking Authority, Red Light Camera Program, PO Box 597, Baltimore, MD 21203-0597 |
| 14553124 | | Unifund CCR LLC, 10265 Techwoods Circle, Cincinnati, OH 45242 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 13 2025 00:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14553091 | ^ | MEBN | Sep 13 2025 00:39:25 | AFS/AmeriFinancial Solutions, LLC., Attn: Bankruptcy, Po Box 65018, Baltimore, MD 21264-5018 |
| 14553092 | ^ | MEBN | Sep 13 2025 00:39:25 | AFS/AmeriFinancial Solutions, LLC., Po Box 65018, Baltimore, MD 21264-5018 |
| 14553098 | | Email/Text: EBN_Brea@meduitrcm.com | Sep 13 2025 00:51:00 | CMRE Financial Services, 3075 E Imperial Hwy, Brea, CA 92821 |
| 14553097 | | Email/Text: EBN_Brea@meduitrcm.com | Sep 13 2025 00:51:00 | CMRE Financial Services, Attn: Bankruptcy, 3075 E. Imperial Hwy, Suite 200, Brea, CA 92821 |
| 14553093 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 13 2025 01:15:24 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14553094 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 13 2025 01:16:43 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14561919 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 13 2025 01:32:16 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14561524 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 13 2025 01:16:18 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14553096 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 13 2025 01:17:42 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 14553095 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 13 2025 01:44:25 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 14600861 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 13 2025 00:51:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |

Case 20-14177-djb   Doc 145   Filed 09/14/25   Entered 09/15/25 00:37:56   Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 12, 2025 | Form ID: 138OBJ | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| 14577433 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 13 2025 00:51:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14563530 | + | Email/Text: RASEBN@raslg.com | Sep 13 2025 00:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14561779 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 13 2025 00:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14553099 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 13 2025 01:30:14 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14553100 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 13 2025 01:16:43 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14568214 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2025 01:03:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14553101 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 13 2025 00:51:00 | Nelnet Loans, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14553102 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 13 2025 00:51:00 | Nelnet Loans, Po Box 82561, Lincoln, NE 68501-2561 |
| 14568754 | + | Email/Text: Bankruptcy@nslp.org | Sep 13 2025 00:51:00 | Nelnet on behalf of National Student Loan Program, PO Box 82507, Lincoln, NE 68501-2507 |
| 14553103 | + | Email/Text: bankruptcynotices@psecu.com | Sep 13 2025 00:51:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14553109 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 13 2025 01:31:15 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 14553108 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 13 2025 01:02:25 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14569296 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 13 2025 01:33:17 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14571142 | + | Email/Text: bankruptcynotices@psecu.com | Sep 13 2025 00:51:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14553105 | ^ | MEBN | Sep 13 2025 00:39:33 | Penn Medicine, UPHS Physicians Patient Pay, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14557937 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 13 2025 00:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14553106 | + | Email/Text: CollectionsDept@PFCU.COM | Sep 13 2025 00:51:00 | Philadelphia Fcu, 12800 West Townsend, Philadelphia, PA 19154-1095 |
| 14572104 | + | Email/Text: BKelectronicnotices@cenlar.com | Sep 13 2025 00:51:00 | Philadelphia Federal Credit Union, c/o Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14553111 | ^ | MEBN | Sep 13 2025 00:39:37 | Quality Asset Recovery, 7 Foster Ave, Gibbsboro, NJ 08026-1191 |
| 14553110 | ^ | MEBN | Sep 13 2025 00:39:29 | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 14553112 | + | Email/Text: DeftBkr@santander.us | Sep 13 2025 00:51:00 | Santander Bank, Po Box 841002, Boston, MA 02284-1002 |
| 14553114 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 13 2025 01:02:18 | Syncb/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 14553113 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 13 2025 01:04:36 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14553116 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 13 2025 01:16:49 | Synchrony Bank, Po Box 965005, Orlando, FL |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 12, 2025 | Form ID: 138OBJ | Total Noticed: 55 |

| Recip ID | | Method | Email Address | Date/Time | Name and Address |
|---|---|---|---|---|---|
| | | | | | 32896-5005 |
| 14572351 | ^ | MEBN | | Sep 13 2025 00:39:36 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14553115 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | Sep 13 2025 01:17:40 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14553117 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | Sep 13 2025 01:32:21 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14553118 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | Sep 13 2025 01:31:16 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14553119 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | Sep 13 2025 01:16:43 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14553120 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | Sep 13 2025 01:04:43 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14553121 | + | Email/Text: bncmail@w-legal.com | | Sep 13 2025 00:51:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14553123 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | Sep 13 2025 00:51:00 | U.S. Bancorp, Cb Disputes, Saint Louis, MO 63166 |
| 14553122 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | Sep 13 2025 00:51:00 | U.S. Bancorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7014 |
| 14570976 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | Sep 13 2025 00:51:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14561499 | + | Email/Text: dht@pacollections.com | | Sep 13 2025 00:51:00 | Unifund CCR, LLC, c/o Tsarouhis Law Group, 21 South 9th Street, Allentown, PA 18102-4861 |
| 14564180 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | Sep 13 2025 01:44:23 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14553125 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | Sep 13 2025 01:44:23 | Wf/Fmg, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |
| 14553126 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | Sep 13 2025 01:16:38 | Wf/Fmg, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14710282 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Sep 12, 2025 | Form ID: 138OBJ | Total Noticed: 55 |
| Date: Sep 14, 2025 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2025 at the address(es) listed below:**

**Name**      **Email Address**

CAMERON DEANE
on behalf of Joint Debtor Caroline Flannery cdeane@weltman.com tkennedy@ymalaw.com

CAMERON DEANE
on behalf of Debtor Patrick Flannery cdeane@weltman.com tkennedy@ymalaw.com

DENISE ELIZABETH CARLON
on behalf of Creditor Philadelphia Federal Credit Union bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

MATTHEW K. FISSEL
on behalf of Creditor Philadelphia Federal Credit Union bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com

MILOS GVOZDENOVIC
on behalf of Creditor PSECU mgvozdenovic@weltman.com pitecf@weltman.com

PAUL H. YOUNG
on behalf of Debtor Patrick Flannery support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG
on behalf of Joint Debtor Caroline Flannery support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*Form 138OBJ* (6/24)−doc 142 − 138

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>  Patrick Flannery<br><br>  Caroline Flannery<br><br>  Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 20−14177−djb<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 12, 2025                                                                          For The Court

                                                                                                              Mohung Wong
                                                                                                              Clerk of Court