# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Caroline Flannery** <br> **Patrick Flannery** <br>                        **Debtor(s)** | **BK NO. 20-14177 ELF** <br><br> **Chapter 13** |
| **Philadelphia Federal Credit Union** <br>                        **Movant** <br> vs. | **Related to Claim No. 18** |
| **Caroline Flannery** <br> **Patrick Flannery** <br>                        **Debtor(s)** | |
| **Kenneth E. West Esq.,** <br>                        **Trustee** | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 8, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Caroline Flannery
1618 Fawn Lane
Huntingdon Valley, PA 19006

Patrick Flannery
1618 Fawn Lane
Huntingdon Valley, PA 19006

Attorney for Debtor(s)
Paul H. Young,, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

Trustee
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service: electronic means or first class mail

Dated: December 8, 2022

                                                           **/s/Michael P. Farrington Esq.**
                                                           Michael P. Farrington Esq.
                                                           Attorney I.D. 329636
                                                           KML Law Group, P.C.
                                                           BNY Mellon Independence Center
                                                           701 Market Street, Suite 5000
                                                           Philadelphia, PA 19106
                                                           (215) 825-6488
                                                           mfarrington@kmllawgroup.com